THE HONORABLE TANA LIN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**IN SEATTLE**

| | |
|---|---|
| JASON BROTMAN and BOUNMY INTHAVONG, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>HOMESITE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:26-cv-01602-TL<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE<br><br>**Clerk's Action Required**<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 16, 2026** |

## I. STIPULATION

Plaintiffs Jason Brotman and Bounmy Inthavong and Defendant Homesite Insurance Company, by and through their respective attorneys, stipulate and agree that all claims in this matter are dismissed with prejudice, with the parties each bearing their own costs and attorney's fees.



HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

DATED this 16 day of November 2026.

HARPER | HAYES PLLC

By: /s/ *Charles K. Davis*
Charles K. Davis, WSBA No. 38231
1200 Fifth Avenue, Suite 1208
Seattle, WA 98101
(206) 340-8010
cdavis@harperhayes.com
Attorneys for Plaintiffs

I certify that this memorandum contains 41 words, in compliance with the Local Civil Rules.

WILLIAMS, KASTNER & GIBBS PLLC

By: s/ *Eliot Harris*
Eliot Harris, WSBA No. 36590
601 Union Street, Suite 4000
Seattle, WA 98101
(206)628-6600)
eharris@williamskastner.com
Attorneys for Defendant Homesite Insurance Company

## II. PROPOSED ORDER

Based on the above Stipulation, the Court ORDERS that this matter be dismissed with prejudice and without an award of costs or attorney's fees.

DATED this 16th day of November, 2026.

TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

HARPER | HAYES PLLC

By: s/ *Charles K. Davis*
Charles K. Davis, WSBA No. 38231
cdavis@harperhayes.com
Attorneys for Plaintiffs

WILLIAMS, KASTNER & GIBBS PLLC

By: s/ *Eliot Harris*
Eliot Harris, WSBA No. 36590
eharris@williamskastner.com
Attorneys for Defendant Homesite Insurance